Exhibit 5

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3      _____
                                           )
 4      ALEXANDER HERD; AND A.G., BY       )        ORIGINAL
        AND THROUGH HER GUARDIAN AD        )
 5      LITEM AMANDA ADDINGTON,            )
        INDIVIDUALLY AND AS SUCCESSOR)
 6      IN INTEREST TO JAMES GLEASON,)
        DECEASED,                          )
 7                                         )
                     PLAINTIFFS,           )
 8                                         )
           VS.                             ) CASE NO.
 9                                         ) 5:17-CV-02545-AB-SP
        COUNTY OF SAN BERNARDINO;          )
10      CITY OF FONTANA; STATE OF          )
        CALIFORNIA; BRIAN LEYVA;           )
11      JASON PERNICIARO; AND              )
        DOES 1-10,                         )
12                                         )
                     DEFENDANTS.           )
13      _____)
14
15
16      VIDEO-RECORDED DEPOSITION OF ALEXANDER ROBERT HERD
17                  LOS ANGELES, CALIFORNIA
18                  TUESDAY, AUGUST 13, 2019
19
20
21      JOB NO. 3472310
22      REPORTED BY:
23      LORI SCINTA, RPR
24      CSR NO. 4811
25      PAGES 1 - 285
```

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3     _____
                                          )
 4     ALEXANDER HERD; AND A.G., BY        )
       AND THROUGH HER GUARDIAN AD         )
 5     LITEM AMANDA ADDINGTON,             )
       INDIVIDUALLY AND AS SUCCESSOR       )
 6     IN INTEREST TO JAMES GLEASON,       )
       DECEASED,                           )
 7                                         )
                   PLAINTIFFS,             )
 8                                         )
          VS.                              )CASE NO.
 9                                         )5:17-CV-02545-AB-SP
       COUNTY OF SAN BERNARDINO;           )
10     CITY OF FONTANA; STATE OF           )
       CALIFORNIA; BRIAN LEYVA;            )
11     JASON PERNICIARO; AND               )
       DOES 1-10,                          )
12                                         )
                   DEFENDANTS.             )
13     _____)
14
15
16            VIDEO-RECORDED DEPOSITION OF
17     ALEXANDER ROBERT HERD, TAKEN ON BEHALF OF
18     DEFENDANTS STATE OF CALIFORNIA AND BRIAN LEYVA, AT
19     300 SOUTH SPRING STREET, SUITE 1702, LOS ANGELES,
20     CALIFORNIA, BEGINNING AT 10:31 A.M. AND ENDING AT
21     5:21 P.M. ON TUESDAY, AUGUST 13, 2019, BEFORE
22     LORI SCINTA, RPR, CERTIFIED SHORTHAND REPORTER
23     NO. 4811.
24
25
```

Page 2

```
 1    APPEARANCES:

 2

 3    FOR PLAINTIFFS:

 4         LAW OFFICES OF DALE K. GALIPO

 5         BY:  RENEE MASONGSONG

 6         ATTORNEY AT LAW

 7         21800 BURBANK BOULEVARD

 8         SUITE 310

 9         WOODLAND HILLS, CALIFORNIA 91367

10         818.347.3333

11         EMAIL:  RVALENTINE@GALIPOLAW.COM

12            -- AND --

13         LAW OFFICES OF SHARON J. BRUNNER

14         BY:  SHARON J. BRUNNER

15         ATTORNEY AT LAW

16         14393 PARK AVENUE

17         SUITE 100

18         VICTORVILLE, CALIFORNIA 92392

19         760.243.9997

20         EMAIL:  SHARONJBRUNNER@YAHOO.COM

21

22

23

24

25

                                        Page 3
```

```
1    APPEARANCES (CONTINUED):

2

3    FOR PLAINTIFFS (CONTINUED):

4         LAW OFFICES OF JAMES S. TERRELL

5         BY:  JIM TERRELL

6         ATTORNEY AT LAW

7         15411 ANACAPA ROAD

8         VICTORVILLE, CALIFORNIA 92392

9         760.951.5850

10        EMAIL:  JIM@TALKTOTERRELL.COM

11

12   FOR DEFENDANT CITY OF FONTANA:

13        LYNBERG & WATKINS

14        BY:  S. FRANK HARRELL

15        ATTORNEY AT LAW

16        1100 WEST TOWN & COUNTRY ROAD

17        SUITE 1450

18        ORANGE, CALIFORNIA 92868

19        714.937.1010

20        EMAIL:  SHARRELL@LYNBERG.COM

21

22

23

24

25
```

Page 4

```
 1    APPEARANCES (CONTINUED):

 2

 3    FOR DEFENDANT COUNTY OF SAN BERNARDINO:

 4         LYNBERG & WATKINS

 5         BY:  HAI PHAN

 6         ATTORNEY AT LAW

 7         1100 WEST TOWN & COUNTRY ROAD

 8         SUITE 1450

 9         ORANGE, CALIFORNIA 92868

10         714.937.1010

11         EMAIL:  HPHAN@LYNBERG.COM

12

13    FOR DEFENDANTS STATE OF CALIFORNIA AND BRIAN LEYVA:

14         STATE OF CALIFORNIA

15         DEPARTMENT OF JUSTICE

16         OFFICE OF THE ATTORNEY GENERAL

17         BY:  DONNA M. DEAN

18         ATTORNEY AT LAW

19         300 SOUTH SPRING STREET

20         SUITE 1702

21         LOS ANGELES, CALIFORNIA 90013

22         213.269.6509

23         EMAIL:  DONNA.DEAN@DOJ.CA.GOV

24

25
```

Page 5

```
 1                 MS. MASONGSONG:  Objection.  That misstates
 2       the witness's testimony, argumentative.
 3                 I would instruct not to answer for the same
 4       reason that has been stated on the record.
 5                 (Instruction not to answer.)              01:56:33
 6                 And I would advise you to invoke your
 7       Fifth Amendment rights if you choose to do so.
 8                 THE WITNESS:  I invoke my Fifth Amendment
 9       right.
10       BY MR. HARRELL:                                    01:56:44
11           Q    Okay.  Now, before the shots were fired,
12       you did hear law enforcement make a number of
13       announcements, right?
14                 MS. MASONGSONG:  Objection.  Overly broad,
15       vague and ambiguous.                               01:57:04
16                 You can answer as far as what you heard.
17       BY MR. HARRELL:
18           Q    Right?
19           A    One more time.
20           Q    Sure.                                     01:57:12
21                 Before the shots were fired, you heard law
22       enforcement make a number of announcements, right?
23           A    No --
24           Q    No?
25           A    -- not a number of announcements.          01:57:19
```

                                                  Page 120

1   Q   No?   They kept completely quiet?

2   A   No.   They said one thing.

3   Q   What is the one thing that you heard law

4   enforcement state?

5   A   "Move again, fucker, and I'll shoot."          01:57:29

6   Q   Okay.

7   A   Something in that order.

8   Q   All right.   Did those words offend you, the

9   use of the "F" word?   Did you find that offensive?

10   A   It was just too much to think about.   So        01:57:54

11   quick reaction, I really didn't have time to think

12   about if that was offensive or not.

13   Q   Well, as you reflect back on it, sir, with

14   your crystal clear memory, did you find it offensive

15   to hear law enforcement use the "F" word in your       01:58:08

16   presence?

17       "Yes," "no," or "I don't know."

18   A   No -- yes.   I will say yes.   I guess it's

19   kind of offensive.

20   Q   And the reason why you said that is because      01:58:22

21   that word is not in your vocabulary, true?

22   A   It's just not in a normal person's

23   vocabulary.

24   Q   Is it in your vocabulary, sir?

25   A   What, the "F" word?                             01:58:33

Page 121

```
 1        Q    Yes, sir.

 2        A    I mean, I use it.  Not frequently, but I do

 3   use it.

 4        Q    Okay.  So let me ask you this.

 5             The -- is it both officers speaking or just    01:58:45

 6   one?

 7        A    I have -- only heard one voice.

 8        Q    Okay.  How many officers were with you just

 9   before shots are fired?

10        A    I only witnessed the one.                      01:58:59

11        Q    There was only one officer there?

12        A    That I've seen, yes.

13        Q    Okay.  Where was that officer located in

14   relation to you in the green Honda?

15        A    Passenger door.                                01:59:11

16        Q    Okay.  And that officer is the one that you

17   heard speak?

18        A    Yes.

19        Q    And I'm sorry.  I'm a slow writer, and

20   sometimes I can't read my own handwriting.              01:59:23

21             Wha- -- what did this gentleman say to you

22   again, the officer next to the passenger door?

23             MS. MASONGSONG:  I would object as asked

24   and answered.

25             You can answer.                                01:59:33
```

Page 122

```
 1    BY MR. HARRELL:

 2         Q    And, "Move again, fucker," and then

 3    something else?

 4         A    It was -- I'm sorry.  I'm trying to think

 5    exactly what it was that I heard.  It was --          01:59:42

 6              MS. MASONGSONG:  And if you don't remember

 7    exactly, you can let him know if you're

 8    paraphrasing.

 9              THE WITNESS:  I'm going to be paraphrasing.

10              As I say, it's, "Don't move, fucker, or      01:59:50

11    I'll shoot" -- "or I'll shoot.  Don't move again,

12    fucker, or I'll shoot."

13    BY MR. HARRELL:

14         Q    Okay.  What tone of voice was the officer

15    speaking in?                                          02:00:03

16         A    Kind of high pitched, I would say.

17         Q    Loud?

18         A    Kind of -- yeah, you can clear- -- clearly

19    hear it.

20         Q    Did it sound like a law enforcement order?  02:00:13

21         A    No.

22         Q    "No"?

23         A    No.

24         Q    Now, you have heard law enforcement orders

25    in your travels through life, true?                   02:00:24
```

                                               Page 123

```
 1              (Record read as follows:

 2                 "Okay.  So when you heard, 'Don't

 3              move again, fucker, or I'll shoot,' or

 4              words to that effect, you had some

 5              concerns at that point, right?")          02:00:50

 6              THE WITNESS:  Yeah.

 7      BY MR. HARRELL:

 8          Q   One of the concerns -- "yes"?

 9          A   Yes.  Sorry.

10          Q   It's all good.                            02:01:34

11              One of the concerns that you had when you

12      heard -- well, let me ask you this.

13              When the officer made the statement, "Don't

14      move again, fucker, or I'll shoot," or words to that

15      effect, he was speaking in a loud tone of voice?    02:01:51

16          A   Yes.

17          Q   Okay.

18              MS. MASONGSONG:  Excuse me.  I just want to

19      make a belated objection for the record as to the

20      form of the question, and I think that assumes facts  02:02:00

21      not in evidence that at this point in time the

22      plaintiff knew that it was law enforcement.

23              MR. HARRELL:  Right.  Sometimes what

24      happens, though, on cross is I might lead and see

25      where that goes.                                   02:02:12
```

                                                Page 125

```
 1    individual next to you outside the passenger door of

 2    the Honda, how were they dressed?

 3         A    T-shirt and jeans.

 4         Q    Okay.  Did the T-shirt have any writing on

 5    it?                                               02:04:11

 6         A    No.

 7         Q    Okay.  The individual outside your

 8    passenger door, is it okay if we call that

 9    Officer 1 --

10         A    Yes.                                    02:04:28

11         Q    -- just for shorthand?

12              By the way, do -- do you now know Officer 1

13    to be named Officer Perniciaro?  Do you now know

14    that to be the gentleman's name?

15         A    No.                                     02:04:43

16         Q    Okay.  Then we'll go with Officer 1.

17              (Addressing Ms. Masongsong) Can we

18    stipulate that's Perniciaro, or what do you --

19              MS. MASONGSONG:  I don't think I'm

20    comfortable with that right now.                  02:04:53

21              MR. HARRELL:  Okay.

22              So -- see, I didn't think you wanted him to

23    be called an officer.  I don't know what to do,

24    then.  I don't know what to call him.

25              MS. MASONGSONG:  I mean, I think it just  02:05:07
```

Page 128

```
 1       Q    I told you they're working hard for you.
 2   That was a lot of words.
 3            So let me ask you another one.   Okay?
 4            So at the time Officer 1 standing next to
 5   the passenger door of the Honda says, "Don't move    02:17:41
 6   again, fucker, or I'll shoot," did the officer have
 7   his gun out?
 8       A    Yes.
 9       Q    Okay.   Where was the gun pointing?
10       A    My face.                                     02:17:51
11       Q    Okay.   Now, after the officer makes that
12   statement, whoever this individual was, you believe
13   that they were serious because they had a gun out
14   and they were pointing that at you, right?
15       A    Yes.                                         02:18:15
16       Q    And so it was at that point you're seated
17   in the passenger seat?
18       A    Yes.
19       Q    Okay.   And at that point, you turn over to
20   Mr. Gleason, who is the driver, right?              02:18:27
21       A    No.   When the gun was pointed at my face,
22   that means we fear for my life.   I ducked.
23       Q    Okay.   You were able to speak at that time,
24   though?
25       A    I -- there was no words exchanged.   It was  02:18:42
```

Page 132

```
 1    just -- he said what he said. I was in fear for my
 2    life, and I ducked. And the next thing I know, he
 3    shot me.
 4         Q   Well, sir, did it occur to you to speak to
 5    Mr. Gleason at that time and say words to the effect    02:18:54
 6    of, "Whatever you do, do not move this vehicle"?
 7             Did it occur to you to say that?
 8         A   No.
 9         Q   Did you have any concern when the officer
10    said, "Don't move, again, fucker, or I'll shoot,"      02:19:14
11    that Mr. Gleason was going to do something that
12    caused the vehicle to move?
13             Did you have any concern about that?
14         A   No.  I was totally in fear for my life,
15    that this was -- that this was just somebody there     02:19:31
16    to harm me.
17         Q   Okay.  So when the officer makes his
18    statement about, "If you move again, I'll shoot
19    you," or words to that effect, at that point your
20    head is oriented such that you're looking right at     02:19:48
21    the officer that made that statement, Officer 1,
22    right?
23         A   I wasn't looking at the officer.  I was
24    looking at the barrel of a gun.
25         Q   Okay.  Which was being held by an officer,    02:19:59
```

                                              Page 133

```
 1    true?

 2         A    By somebody.

 3         Q    As we now know?

 4         A    As we now know that is an officer, yes.

 5         Q    Okay.                                    02:20:08

 6         A    But at the time I did not know it was an

 7    officer.  I was just -- I thought it was just a

 8    random -- somebody.  Could have been a gangbanger.

 9    Could have been somebody that was there to harm me.

10    I was just in fear of my life.                      02:20:20

11         Q    Okay, sir.

12              Now -- so when the officer made that

13    statement, you're staring at the officer's gun.

14    It's pointed at your head, you say.

15         A    At my face, yeah.                         02:20:36

16         Q    Okay.  And at that point, you did decide to

17    move, right?

18         A    Yeah.  I ducked.

19         Q    Okay.  Did you duck because you felt the

20    Honda moving?                                       02:20:49

21         A    No.  I ducked as just a natural instinct of

22    use -- use the door as a shield to -- just to cover

23    myself to get away from the gun being pointed at my

24    face.

25         Q    Did it ever occur to you that the smartest  02:21:05
```

Page 134

```
 1              Was one of the poor decisions that you made
 2     moving when you were told not to?
 3         A    Yes, that would be a poor decision, I
 4     guess.
 5         Q    Right.                              02:23:20
 6              If you had to do it all over again, you
 7     would remain completely stationary, right?
 8              MS. MASONGSONG:  Objection.  Calls for
 9     speculation, incomplete hypothetical.
10     BY MR. HARRELL:                              02:23:29
11         Q    Right, sir?
12         A    If I can go back and do it again, I would
13     stay still?
14         Q    Right.
15         A    I don't think so just because -- if it had  02:23:38
16     been -- if I would have known it was a cop, I
17     probably would have stayed still; but since it's a
18     random person that's -- in fear for my life, no, I'm
19     going to guard myself any way possible.
20         Q    Right.  Now --                      02:23:50
21         A    That's like saying -- no, I would have
22     guarded myself regardless.
23         Q    Right.  Sir -- sir, have you ever
24     encountered any plain co- -- plain-clothed officers
25     previous to the incident, ever?             02:24:02
```

Page 137

```
 1    clothes he was wearing.  I didn't see facial

 2    descriptions -- discrepancies or descriptions.

 3         Q   Sir, have you noted that sometimes when you

 4    take certain types of narcotics that that interferes

 5    with your ability to clearly remember what's going      02:26:35

 6    on in your life?

 7              MS. MASONGSONG:  I'm going to object.

 8    Invasion of privacy, not reasonably calculated, also

 9    Fifth Amendment --

10              THE WITNESS:  I invoke my Fifth Amendment.    02:26:46

11    BY MR. HARRELL:

12         Q   Okay.  So, sir, the T-shirt that you say

13    Officer 1 was wearing, that was of what color?

14         A   White.

15         Q   Had no writing on it at all?               02:27:03

16         A   None that I seen.

17         Q   Okay.  The jeans that Officer Perniciaro

18    was wearing on the date of the incident, were they

19    just normal jeans, blue?

20         A   Denim blue jeans.                          02:27:17

21         Q   Okay.  All right.

22              So after Officer Perniciaro makes his

23    order, "Don't move again, fucker, or I'll shoot," or

24    words to that effect, you say that you ducked,

25    right?                                              02:27:36
```

                                                    Page 140

```
1        A    Yes.

2        Q    And that did involve moving, right?

3        A    Yes.

4        Q    You moved your body, right?

5        A    Yes.                                    02:27:41

6        Q    Were you wearing a seat belt at that time?

7        A    No.

8        Q    So how did you move, exactly?

9             We have a camera here.  First of all, I

10   want you to physically just -- just actually      02:27:52

11   describe it to me with -- with words and then we

12   might take a picture of how you moved in your seat.

13            Okay?

14       A    Okay.

15       Q    So how did you move when you ducked down?   02:28:01

16   What -- what part of your body moved where such that

17   you were ducked down?

18       A    Okay.  My -- my face went forward, and then

19   my back shoulder turned and went against the panel

20   of the door.                                      02:28:19

21       Q    Okay.  So let me see if I have it right.

22            First of all, how much time passed between

23   Officer Perniciaro's statement, "Don't move again,

24   fucker, or I'll shoot," and you ducking the way

25   you've described?  How much time passed?  Was it    02:28:37
```

Page 141

```
 1              After you did duck the way that you've

 2     described, what is the next thing that happens

 3     during the incident?  The very next thing.  Don't

 4     leave anything out.

 5          A    The very next thing would be I hear the      02:31:55

 6     popping sounds.

 7          Q    Okay.  You say "popping sounds"?

 8          A    The -- yeah.

 9          Q    Sounded like gunfire?

10          A    Gunfire, yeah.                               02:32:03

11          Q    Okay.  How much time passed between you

12     ducking and you hearing gunfire?

13          A    Not even a second.

14          Q    Just instantaneous --

15          A    Instantaneously.                             02:32:16

16          Q    Okay.  Now, up until this point in time

17     when you duck, how many officers had you seen on

18     scene, individuals that you now know to be officers?

19          A    When I ducked?  I still haven't noticed any

20     officer.  I didn't know that was a cop.               02:32:35

21          Q    I got it, sir.

22          A    You know what I'm saying?  So --

23               (Speaking simultaneously.)

24          Q    I got it.

25          A    -- it's still only one.                      02:32:43
```

Page 145

```
 1      Q    I got it.
 2           Let me get it out there so you feel
 3      comfortable, okay?
 4           At the time shots were fired, you had no
 5      idea, no clue, that anybody there on scene with you      02:32:54
 6      was an officer of the law, true?
 7      A    True.
 8      Q    They showed you no badge, right?
 9      A    Right.
10      Q    They showed you no clothing that suggested      02:33:05
11      to you that they were an officer, right?
12      A    Right.
13      Q    And they certainly didn't identify
14      themselves as officers by saying words, for example,
15      like, "Police, freeze," right?                        02:33:17
16      A    Right.
17      Q    Okay.  They just kept completely quiet
18      about their status as law enforcement, right?
19      A    Right.
20      Q    And that led you to take the actions that      02:33:29
21      you took, right?
22      A    Right.
23      Q    Because it is your testimony that had you
24      known that the individual pointing a gun at you was,
25      in fact, an officer of the law, you would have        02:33:43
```

Page 146

```
 1    stayed frozen and not moved an inch, right?

 2        A    Right.

 3        Q    Okay.  So as you sit here now, are you a

 4    little bit angry with the officer for keeping quiet

 5    about his status being in law enforcement?          02:34:02

 6             MS. MASONGSONG:  Objection.  Not reasonably

 7    calculated.

 8             You can answer.

 9             THE WITNESS:  Saying if I'm angry at him?

10    BY MR. HARRELL:                                     02:34:12

11        Q    Right.  He kept quiet about being an

12    officer of the law.

13        A    More terrified, not angry.  I mean -- I

14    don't know.  I really don't know.  I really can't

15    think about that right now.                         02:34:26

16             (Speaking simultaneously.)

17        Q    Around --

18        A    I don't know what I think about that.

19        Q    A part of the reason why that you have --

20        A    I mean, I am upset but...                  02:34:32

21        Q    Okay.  What are you upset about?

22        A    I mean, I got shot.  If he would have just

23    announced himself, that could have saved me from

24    getting shot.

25        Q    Right.  And you have learned in your prior 02:34:47
```

Page 147

```
 1    housekeeping matter.
 2            At the time that these shots are fired,
 3    what is going on with the passenger window?  Is that
 4    up, down, some other way --
 5            A    It was down.                       02:39:31
 6        Q    Okay.  Does the officer say anything else
 7    after he says, "Don't move again, fucker, or I'll
 8    shoot," words to that effect?  Does the officer say
 9    anything else before shots are fired?
10        A    No.                                    02:39:48
11        Q    Okay.  Did you make any statement back to
12    the officer before shots are fired?
13        A    No.
14        Q    Okay.  Now, from when you did duck down,
15    what were you doing with your eyes?  Were they open  02:40:01
16    or closed?
17        A    They were closed.
18        Q    Okay.  So at the time you were actually
19    shot in your left arm, your eyes were closed?
20        A    No.  After I got shot, I think that's when  02:40:14
21    I closed them.
22        Q    Just listen to my question.
23        A    I'm trying to figure out exactly when I
24    closed them.
25        Q    It's all good, and thinking is encouraged.  02:40:25
```

Page 153

1    is the next thing that happens, the very next thing,

2    whether it's something somebody said or a sound you

3    heard or a movement?

4         What is the next thing that happens after

5    you get shot?                                    02:42:39

6         A    After I get shot, I look over and I notice

7    that Mr. Gleason has been shot because I see that

8    his tongue deformed and put it -- it was like off to

9    the side, like his whole lower structure.  I mean,

10   and that's when I'm getting yanked out of the        02:42:54

11   vehicle and thrown on the vehicle -- and thrown on

12   the floor.

13        Q    Okay.  Now -- so right after you get

14   shot --

15        A    Uh-huh.                                 02:43:05

16        Q    -- you don't see Mr. Gleason get shot, but

17   you see him make facial expressions that suggest to

18   you that he has been shot, right?

19        A    Facial expressions?  I just seen blood and

20   just seen his -- his jaw was pretty much gone.  It   02:43:21

21   was --

22        Q    Okay.  Well, sir, you're the only one in

23   the room that was there.

24        A    Yeah.

25        Q    So --                                   02:43:29

                                              Page 156

```
 1          Q    Okay.  And a contorted facial expression

 2    that suggested to you that he's been shot in the

 3    face, right?

 4          A    Shot somewhere in that region, yes.

 5          Q    Okay.  And so right after Mr. Gleason, you    02:44:35

 6    take note that it appears he's been shot somewhere

 7    in the region of his face.

 8               What's the next thing that happens, the

 9    very next thing?

10          A    I mean, I just recall getting thrown on the   02:44:45

11    floor.  The door is being opened apparently, and I'm

12    being yanked out of the vehicle.

13          Q    Okay.  Let me stop you there.

14               How long was it after you get shot do you

15    have the sensation that you're being pulled out of    02:44:59

16    the vehicle?

17          A    Seconds.

18          Q    Like one second?  Two seconds?

19               (Speaking simultaneously.)

20          A    No more than three.                          02:45:04

21          Q    Okay.  About three seconds?

22          A    Two seconds, give or take.

23          Q    Was the passenger door to the Honda, was

24    that locked at the time --

25               (Speaking simultaneously.)                   02:45:16
```

Page 158

```
 1          Q    And then did you see the officer remove

 2     you, or you just felt --

 3          A    I felt him.

 4          Q    You felt the officer physically put hands

 5     on you, right?                                    02:47:17

 6          A    Yes, and grab -- well, yeah.

 7          Q    Okay.  And the officer grabbed you?  Is

 8     that the right way to say it?

 9          A    Yes.

10          Q    Okay.  And the officer grabs you how?  What  02:47:26

11     part of your body is grabbed?  Your neck?  Your leg?

12     Your head?

13          A    I don't --

14               (Speaking simultaneously.)

15          Q    -- some other part?                    02:47:37

16          A    Honestly, I don't know.  I just -- it

17     happened so fast.  I just remember getting thrown

18     out onto the floor.

19          Q    Okay.  And --

20          A    So I don't know if he grabbed my neck first  02:47:44

21     or he grabbed my hands first, he grabbed my waist

22     first.  I don't know.  I just know that I was being

23     thrown out of the vehicle onto the floor.

24          Q    Okay.  And when you were pulled out of the

25     vehicle, were you pulled out such that your feet   02:47:56
```

Page 161

```
 1        A    White.
 2        Q    Okay.  And is that truck driven by
 3   Officer 1?
 4        A    I have no clue who was driving that
 5   vehicle.                                          03:33:36
 6        Q    Okay.  Now, when you first see a white
 7   truck rapidly approaching you, are you inside the
 8   Honda or outside the Honda?
 9        A    I was inside the Honda.
10        Q    Okay.  And Mr. Gleason at that point is    03:33:47
11   behind the wheel?
12        A    Yes.
13        Q    And Austin's in the backseat?
14        A    Yes.
15        Q    Okay.  And so when this white truck rapidly   03:33:55
16   approaches you, did the driver of that truck come to
17   a stop before the shots are fired?
18        A    Yes.
19        Q    Okay.  Where do they come to a stop in
20   relation to the Honda?                             03:34:13
21             MS. MASONGSONG:  I just object for the
22   record as calling for speculation.
23             You can just answer as far as what you saw
24   at the time and what you understand it to be.
25             THE WITNESS:  Okay.                       03:34:21

                                            Page 191
```

1    anybody exit the vehicle, or you just don't recall

2    if that happened or not?

3        A    I didn't see anybody exit the vehicle.

4        Q    Okay.  Aside from the white truck, did you

5    ever take note that any other vehicles were rapidly      03:35:24

6    approaching you in the green Honda?

7        A    No.

8        Q    Never?

9        A    Never.

10       Q    All right.  So it was one white truck and      03:35:30

11   one white truck only oriented such that it was

12   blocking the front of the green Honda --

13       A    It was pulling in front of the green Honda,

14   yeah.

15       Q    And then it came to a stop, right?            03:35:43

16       A    Yes.

17       Q    Okay.  So when the truck comes to a stop,

18   what is the very next thing that happens, whether

19   it's something somebody said, something somebody

20   moved, what --                                          03:35:54

21       A    When I noticed that the truck was stopped

22   in front of the Honda, the very next thing was the

23   commands that Person 1 said.

24       Q    How much time passed from the white truck

25   coming to a stop until the Officer 1, Perniciaro,      03:36:08

Page 193

1    giving orders, "Don't move"?

2           How much time passed?

3       A   I don't know because I don't know when the

4    vehicle came to a stop.  Like it was all just

5    rapidly so quick.  It was all in the same motion,        03:36:23

6    you know, just --

7       Q   Split second?

8       A   From when I noticed that the truck was in

9    front of the vehicle to being shot, a split second.

10      Q   Okay.  Now, can you remember Mr. Gleason         03:36:32

11   saying anything to you or just words to anybody

12   after you entered the green Honda but before the

13   shots are fired?

14      A   No.

15      Q   Okay.  So when the white truck comes to a        03:37:05

16   stop, a split second after that, you hear a voice

17   saying, "Don't move"?

18      A   A split second from when I see the vehicle

19   because I don't know when it physically came to a

20   stop.  So from when I seen it, then, yeah.  Yes.        03:37:22

21      Q   Okay.  So as soon as you heard the words

22   spoken towards the passenger side of the vehicle,

23   "Don't move," that's when you turned over and you

24   faced what we're calling Officer 1, right?

25      A   Huh?                                             03:37:43

                                                            Page 194

1    candidly you're uncertain about, right?

2        A    Yes.

3        Q    But there are some things that you are

4    certain about, right?

5        A    Yeah.                                    03:39:02

6        Q    With regard to the incident, right?

7        A    Yeah.

8        Q    One of the things that you're absolutely

9    certain about is from the point in time that you see

10   the white truck rapidly approaching the Honda, that   03:39:16

11   Honda did not move, right?

12       A    Right.

13       Q    It was completely stationary, right?

14       A    It was stopped, yeah.

15       Q    Right.                                   03:39:28

16       A    It never moved.

17       Q    And it never moved from the point in time

18   that you first see the white truck approaching until

19   shots are fired, right?

20       A    Even then it still never moved.          03:39:37

21       Q    Right.

22            Did Mr. Gleason physically move his body

23   after the words are spoken, "Don't move or I'll

24   shoot," words to that effect?

25       A    I don't know.                            03:39:53

                                              Page 196

Personal Court Reporters, A Veritext Company
818-988-1900

```
 1        Q    Okay.  So you don't know if he, like you,

 2   decided to move or duck or make some other --

 3        A    I don't know what he was doing, yeah.

 4        Q    Okay.  Because that's not where your

 5   attention was, true?                              03:40:01

 6        A    True.  My attention was on the words and on

 7   the -- the words of what I seen and the gun.

 8        Q    All right, sir.

 9        A    It happened so quick.

10        Q    So during the course of the incident where   03:40:12

11   the officers are on scene and shots are fired, the

12   only words that you heard from anybody, whether it's

13   Mr. Gleason, Austin, yourself, Officer 1 or anybody

14   else, was, "Don't move, fucker, or I'll shoot you,"

15   or words to that effect, right?                   03:40:36

16        A    Right.

17        Q    There was not one other peep made by

18   anybody, right?

19        A    Not that I could recall.

20        Q    Okay.  And you believe that you have a      03:40:44

21   crystal clear memory of that part of your life,

22   true?

23        A    After being shot and then being hysterical,

24   being shot, and that's all I'm focused on is this;

25   so yeah.                                          03:40:55
```

                                                    Page 197

```
 1        Q    And that is part of the reason why that you

 2   can swear as you do that that Honda did not move

 3   even one fraction of an inch?

 4        A    Yeah.

 5        Q    All right.  Let me -- let me show you some      03:41:03

 6   photographs.  Okay?

 7             Have we got a numbering system that we've

 8   been using in his litigated matter?

 9             MS. DEAN:  No.  They re-numbered the second

10   depo, so we don't have a consistent number system.      03:41:26

11             MR. HARRELL:  Okay.  Okay.  Was it

12   plaintiffs that gave numbers?

13             MS. MASONGSONG:  Yes.

14             MR. HARRELL:  Okay.  What did you guys use?

15             MS. MASONGSONG:  I wasn't at that depo, but     03:41:36

16   we have the transcript.  I think --

17             MR. HARRELL:  Did you start at 1?

18             MS. MASONGSONG:  I wasn't there.

19             MR. PHAN:  They did start at 1.

20             MR. HARRELL:  Okay.  Well, why don't we do      03:41:45

21   this.

22             (Discussion off the record.)

23             MR. HARRELL:  Why don't we do this.  Why

24   don't we -- we will start -- and I hope we don't get

25   there -- but the defense will start with 300.  And,     03:42:02
```

                                                    Page 198

1   occupied, right?

2       A    Uh-huh.

3       Q    "Right"?

4       A    Yes.

5       Q    And then to -- to the back on the              03:47:50

6   right-hand side of the Honda there's a white vehicle

7   there.

8            Do you see that?

9       A    Yes.

10      Q    Do you have a recollection that that car      03:48:02

11  was rapidly approaching you in the Honda?

12      A    No.

13      Q    Okay.  Do you have a recollection of seeing

14  that white car oriented to the back right of the

15  Honda?  Do you have a recollection of seeing that     03:48:17

16  during the incident?

17      A    No.

18      Q    At any time?

19      A    No.

20      Q    Okay.  By the way, after you came to rest     03:48:25

21  on the ground, did you pass out, or do you have

22  memories of anything else happening there at the

23  scene?

24      A    I didn't pass out because I remember they

25  wouldn't let me go on my side.  So, no, I don't have  03:48:38

Page 204

```
 1    anything else -- all I was just worried about was me

 2    on the ground.

 3        Q    Okay.  Well, let's see if we can get this

 4    part of it handled.

 5            When you did go to the ground, at some        03:48:48

 6    point you came to rest on your stomach?

 7        A    Yes.

 8        Q    And at that point, do you have a memory of

 9    anyone saying, "Put your hands behind your back"?

10        A    Yes.                                          03:48:59

11        Q    At that point, did it occur to you that

12    this is a member of law enforcement?

13        A    Yes.

14        Q    Okay.  And that is the first and only time

15    that you concluded that "The individual that shot me   03:49:08

16    is an officer of the law"?

17        A    Yes.

18        Q    Okay.  So did you cooperate with the

19    officer and put your hands behind your back?

20        A    Yes.                                          03:49:24

21        Q    Okay.  And you were handcuffed at that

22    time?

23        A    Yes.

24        Q    Okay.  Was medical attention summoned for

25    you?                                                   03:49:30
```

Page 205

```
 1        A    Yes.

 2        Q    All right.  Did you have any conversation

 3   with anyone between the point in time that you're

 4   handcuffed and when you started to receive medical

 5   attention?                                          03:49:38

 6             "Yes," "no," or "I don't know"?

 7        A    Yes.

 8        Q    Okay.  What was said, the very first thing?

 9        A    I think it was I was being talked to by a

10   homicide detective, Tim Long.  And that's who was    03:49:50

11   speaking to me.  He was trying to talk to me.

12        Q    Okay.

13        A    I don't remember exactly the words that

14   were exchanged, but I just remember speaking to that

15   man.                                                 03:50:00

16        Q    How much time passes between the point in

17   time that you're handcuffed and then you begin to

18   have a conversation with Detective Long?

19        A    I'm going to say like five minutes because

20   I was still on the ground, and they wouldn't even    03:50:11

21   get me to the -- to the ambulance.

22        Q    Okay, sir.  So during that --

23        A    I was on the ground for a while.

24        Q    So during five minutes of time after you're

25   handcuffed, you continued to lay on your stomach     03:50:22
```

                                                    Page 206

```
 1    forgotten.  So I'm just going to keep moving on.
 2            All right, sir.  Now, how many total
 3    gunshots did you hear during the incident?
 4        A   Three.
 5        Q   Okay.  Is that all that there were, or        03:57:35
 6    that's all that you remember?
 7        A   That's all that I heard.
 8        Q   Okay.  How many gunshots hit you?
 9        A   One.
10        Q   Okay.  Did Officer 1 -- aside from the        03:57:51
11    bullet, did Officer 1 use any other force on you?
12    Did he sick a police dog on you?  Did he pull out
13    his baton and start hitting on you?
14        A   Not that I know of, no.
15        Q   Okay.                                          03:58:06
16        A   I don't --
17        Q   All right.  Do you believe that you
18    received adequate medical care at Arrowhead?
19            MS. MASONGSONG:  I'm going to object as
20    calling for speculation, potentially calling for an  03:58:14
21    expert opinion.
22            You can answer.
23            THE WITNESS:  Yeah.  I do feel like I
24    didn't get the right treatment there.
25    BY MR. HARRELL:                                       03:58:25
```

Page 214

```
 1    any plans now to have any medical work done on your

 2    left shoulder?

 3         A    Yes.

 4         Q    Okay.  What are your plans there?

 5         A    Just waiting to see a doctor to see what        04:13:58

 6    they can do to me.

 7         Q    Okay.  Now, at the present time, do you

 8    feel any anger towards Mr. Gleason --

 9         A    No.

10         Q    -- for anything relating to the incident?      04:14:20

11         A    No.

12         Q    And part of the reason why you say that is

13    because who you now know to be an officer said,

14    "Don't move" and Mr. Gleason didn't move that Honda,

15    right?                                                    04:14:37

16              MS. MASONGSONG:  Objection.  Assumes facts

17    not in evidence, misstate the witness's testimony,

18    argumentative, leading, badgering the witness.

19    BY MR. HARRELL:

20         Q    Sir?                                            04:14:46

21         A    Not that I know of.  Of my knowledge, no,

22    that vehicle did not move.

23         Q    Well, you were seated in the vehicle at the

24    time, right?

25         A    Pretty much it, yes.                            04:14:56
```

                                                    Page 230

```
 1        Q    Well, it wasn't pretty much.  You were

 2   right --

 3        A    Yes.

 4        Q    You were right in the passenger seat when

 5   the command was made, "Don't move," right?          04:15:04

 6        A    Yes.

 7        Q    And if that Honda had moved, you would have

 8   felt it?

 9        A    Yes.

10        Q    And you didn't feel it move, right?        04:15:13

11        A    No.

12        Q    Do you have a memory of any shots

13   shattering glass with the Honda?

14        A    It was all so quick and rapid.  I don't

15   have -- recall that.                                04:15:26

16        Q    Did any shots fired shatter the passenger

17   window on the Honda?

18        A    No.   It was down.

19        Q    Okay.  When the officer did point the gun

20   at you, how far away was the gun from the part of    04:15:40

21   your body that was closest to the gun?

22        A    I'd say no more than five inches.

23        Q    Okay.  And the part of your body that was

24   closest to the gun when it was first pointed at you

25   when you first took note of that --                 04:15:54
```

Page 231

Personal Court Reporters, A Veritext Company
818-988-1900

```
 1        A    Uh-huh.

 2        Q    -- was about -- see, I messed it all up.

 3   I'm getting tired, too.

 4        A    I can see that.  I can see that.

 5        Q    Yeah.                                04:16:06

 6        A    Been a long day.

 7        Q    Well, we're almost done.

 8             The part of your body that was closest to

 9   the gun when you first took note of the gun --

10        A    Uh-huh.                              04:16:19

11        Q    -- was what?

12        A    My nose.

13        Q    Okay.  And you say that that gun, the

14   barrel of the gun, the tip of the barrel, the end of

15   the barrel, was about four inches away from --    04:16:33

16        A    Fives inches -- about four to five inches

17   away from my nose.

18        Q    About four to five inches away from your

19   nose, right?

20        A    Yes.                                 04:16:48

21        Q    Okay, sir.

22             When do -- you have plans to have surgery

23   relating to your left shoulder?

24        A    I don't -- I'm just waiting for further

25   word to find out if -- where -- a doctor I can go to   04:17:01
```

Page 232

```
1    between you and Mr. Gleason, right?

2         A    Yes.

3         Q    And the words that you remember were,

4    "Let's go"?

5         A    I don't know if it was, "Let's go," or      04:52:52

6    "Let's get out of here," or whatever.  But it was

7    just out of fear, out of scaredness [sic], out of

8    fear of everything.

9         Q    Now, was that you saying "Let's go" or

10   Mr. Gleason?                                            04:53:05

11        A    Like I said, it was all just so quick.

12   And, sir, I don't remember exactly who said it.

13        Q    And so after the words "Let's go" are

14   stated, that's what the Honda did.  It started to

15   go, right?                                              04:53:19

16        A    I didn't feel it move, so I don't think it

17   was even able to be functionable, to be drivable at

18   the time.  But I don't recall -- I mean, what I

19   recall is I don't recall the car moving.

20        Q    What degree of certainty do you have about   04:53:34

21   that, sir?

22        A    What do you mean?

23        Q    50 percent?  100 percent?

24        A    I'm 100 percent sure the car didn't move.

25        Q    Before the shooting, right?                  04:53:47
```

Page 255

| | | |
|---|---|---|
| 1 | A | Yeah.   The car never moved. |
| 2 | Q | After the officer, Officer 1, made the |
| 3 | | statement, "Don't move" -- |
| 4 | A | -- "or I'll shoot." |
| 5 | Q | -- then there was no movement by the Honda?   04:54:00 |
| 6 | A | No. |
| 7 | Q | True? |
| 8 | A | True. |
| 9 | Q | Not forward?   Not backward? |
| 10 | A | No, not that I recall.   04:54:07 |
| 11 | Q | Not side to side?   No movement whatsoever, |
| 12 | | right? |
| 13 | A | Not that I recall, sir. |
| 14 | | MR. HARRELL:  Thank you, sir.  I have -- |
| 15 | | thank you for clarifying that.   04:54:12 |
| 16 | | THE WITNESS:  Thank you, sir.  I'm just -- |
| 17 | | just getting tired.  I just remembered it.  I'm |
| 18 | | sorry.  I apologize. |
| 19 | | MR. HARRELL:  Is it okay if Ms. -- if my |
| 20 | | co-counsel asks some questions now, Ms. Dean?   04:54:21 |
| 21 | | THE WITNESS:  Yes.  That is fine.  It is |
| 22 | | fine. |
| 23 | | MR. HARRELL:  All right. |
| 24 | | THE WITNESS:  Thank you. |
| 25 | | 04:54:27 |

Page 256

```
 1        A    Yes.

 2        Q    Earlier you said the Honda wasn't moving,

 3   the Honda you were in wasn't moving.

 4             Was it started -- was the car started?

 5        A    To my knowledge, I don't think it was          05:16:52

 6   started.  I think it was turned off.

 7        Q    Mr. Gleason didn't start the car?

 8        A    No.

 9        Q    Okay.

10        A    Not that I know of.                             05:16:59

11             MR. PHAN:  All right.  That's all of the

12   questions I have.

13             THE WITNESS:  Thank you.

14             MR. PHAN:  Thank you.

15             THE WITNESS:  Thank you guys, all you.          05:17:03

16             MS. DEAN:  Should we go off the record for

17   a second?

18             THE VIDEOGRAPHER:  We're going off the

19   record.  The time is 5:17 P.M.

20             (Discussion off the record.)                   05:17:14

21             THE VIDEOGRAPHER:  We are now back on the

22   record.  The time is 5:18 P.M.

23             MR. HARRELL:  Okay, sir.  I am pleased to

24   inform you that we are now at the part of your

25   deposition we call "the very end."                       05:18:44
```

Page 280

```
 1              I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby
 3    certify:
 4              That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6    that any witnesses in the foregoing proceedings,
 7    prior to testifying, were duly sworn; that a record
 8    of the proceedings was made by me using machine
 9    shorthand which was thereafter transcribed under my
10    direction; that the foregoing transcript is a true
11    record of the testimony given.
12              Further, that if the foregoing pertains to
13    the original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review
15    of the transcript [  ] was [ ] was not requested.
16              I further certify I am neither financially
17    interested in the action nor a relative or employee
18    of any attorney or party to this action.
19              IN WITNESS WHEREOF, I have this date
20    subscribed my name.
21    Dated:  August 16, 2019
22
23
24              LORI SCINTA, RPR
25              CSR No. 4811
```

Page 285