JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER HERD, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO;<br>CITY OF FONTANA; STATE OF<br>CALIFORNIA; BRIAN LEYVA;<br>JASON PERNICIARO; and DOES 1-<br>10,<br><br>            Defendants. | Case No. 5:17-CV-02545-AB (SPx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

**IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **sixty (60) days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 28, 2021

                _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.